1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                                  **DISTRICT OF NEVADA**

10

11   Reverend Doctor Keith Alan Lasko,

12                                                      Case No.: 2:13-cv-1893-JAD-NJK

13                          Plaintiff,               **Order Denying as Moot Motions to**
                                                      **Dismiss [Docs. 6, 8, 9, 10, 15]**
14   vs.

15   American Board of Surgery, et al.,

16

17                          Defendants.

18        *Pro se* Plaintiff Reverend Doctor Keith Alan Lasko initially filed a 394-page

19   Complaint against a slew of defendants, the merits of which are unimportant for purposes of

20   this Order.  Currently pending before the Court are several motions to dismiss: Defendant

21   Mitchell S. Goldberg's Motion to Dismiss Based on Judicial Immunity [Doc. 6]; a Motion to

22   Dismiss or, Alternatively, to Transfer Venue of Defendants American Board of Surgery,

23   Incorporated, Joseph B. Cofer, M.D., David M. Mahvi, M.D., Frank R. Lewis, Jr., Jo

24   Buyske, M.D., Mark A. Malangoni, M.D., and Gabriel L.I. Bevilaqcua, Esq. [Doc. 8]; a

25   Motion to Dismiss of Defendants Saul Ewing, LLP and Gabriel L.I. Bevilacqua [Doc. 9]; and

26   a Special Motion to Dismiss Plaintiff's Complaint as a SLAPP Pursuant to NRS

27   41.660(1)(A); Motion for Attorney's Fees Pursuant to NRS 41.670(1)(A); and Motion for

28

1     Penalties Pursuant to NRS 41.670(1)(B), Doc. 10; and American Board of Internal

2     Medicine's Motion to Dismiss [Doc. 15].

3         Subsequent to these filings, Lasko filed an Amended Complaint.  Doc. 19.  All

4     previously moving defendants then filed motions to dismiss the Amended Complaint.  *See*

5     Docs. 21, 36, 43, 44, 45.  Since the original round of motions to dismiss is targeted at the

6     original complaint, which has now been superseded by the amended complaint, these

7     motions are hereby denied as moot.

8         Accordingly, based upon the foregoing reasons and with good cause appearing and no

9     reason for delay,

10        It is **HEREBY ORDERED** that Defendant Mitchell S. Goldberg's Motion to Dismiss

11    Based on Judicial Immunity **[Doc. 6]** is **DENIED AS MOOT**.

12        It is **FURTHER ORDERED** that the Motion to Dismiss or, Alternatively, to Transfer

13    Venue of Defendants American Board of Surgery, Incorporated, Joseph B. Cofer, M.D.,

14    David M. Mahvi, M.D., Frank R. Lewis, Jr., Jo Buyske, M.D., Mark A. Malangoni, M.D.,

15    and Gabriel L.I. Bevilaqcua, Esq. **[Doc. 8]** is **DENIED AS MOOT**.

16        It is **FURTHER ORDERED** that the Motion to Dismiss of Defendants Saul Ewing,

17    LLP and Gabriel L.I. Bevilacqua **[Doc. 9]** is **DENIED AS MOOT**.

18        It is **FURTHER ORDERED** that the Special Motion to Dismiss Plaintiff's

19    Complaint as a SLAPP Pursuant to NRS 41.660(1)(A); Motion for Attorney's Fees Pursuant

20    to NRS 41.670(1)(A); and Motion for Penalties Pursuant to NRS 41.670(1)(B), Doc. 10; and

21    American Board of Internal Medicien's Motion to Dismiss **[Doc. 15]** is **DENIED AS**

22    **MOOT**.

23        DATED: January 9, 2014.

24

25                            _____

26                            JENNIFER A. DORSEY
                              UNITED STATES DISTRICT JUDGE

27

28