# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Reverend Doctor Keith Alan Lasko,<br><br>Plaintiff,<br><br>vs.<br><br>American Board of Surgery, et al.,<br><br>Defendants. | Case No.: 2:13-cv-1893-JAD-NJK<br><br>**Order Denying as Moot Motions to Dismiss [Docs. 6, 8, 9, 10, 15]** |

*Pro se* Plaintiff Reverend Doctor Keith Alan Lasko initially filed a 394-page Complaint against a slew of defendants, the merits of which are unimportant for purposes of this Order. Currently pending before the Court are several motions to dismiss: Defendant Mitchell S. Goldberg's Motion to Dismiss Based on Judicial Immunity [Doc. 6]; a Motion to Dismiss or, Alternatively, to Transfer Venue of Defendants American Board of Surgery, Incorporated, Joseph B. Cofer, M.D., David M. Mahvi, M.D., Frank R. Lewis, Jr., Jo Buyske, M.D., Mark A. Malangoni, M.D., and Gabriel L.I. Bevilaqcua, Esq. [Doc. 8]; a Motion to Dismiss of Defendants Saul Ewing, LLP and Gabriel L.I. Bevilacqua [Doc. 9]; and a Special Motion to Dismiss Plaintiff's Complaint as a SLAPP Pursuant to NRS 41.660(1)(A); Motion for Attorney's Fees Pursuant to NRS 41.670(1)(A); and Motion for

Penalties Pursuant to NRS 41.670(1)(B), Doc. 10; and American Board of Internal Medicine's Motion to Dismiss [Doc. 15].

Subsequent to these filings, Lasko filed an Amended Complaint. Doc. 19. All previously moving defendants then filed motions to dismiss the Amended Complaint. *See* Docs. 21, 36, 43, 44, 45. Since the original round of motions to dismiss is targeted at the original complaint, which has now been superseded by the amended complaint, these motions are hereby denied as moot.

Accordingly, based upon the foregoing reasons and with good cause appearing and no reason for delay,

It is **HEREBY ORDERED** that Defendant Mitchell S. Goldberg's Motion to Dismiss Based on Judicial Immunity **[Doc. 6]** is **DENIED AS MOOT**.

It is **FURTHER ORDERED** that the Motion to Dismiss or, Alternatively, to Transfer Venue of Defendants American Board of Surgery, Incorporated, Joseph B. Cofer, M.D., David M. Mahvi, M.D., Frank R. Lewis, Jr., Jo Buyske, M.D., Mark A. Malangoni, M.D., and Gabriel L.I. Bevilaqcua, Esq. **[Doc. 8]** is **DENIED AS MOOT**.

It is **FURTHER ORDERED** that the Motion to Dismiss of Defendants Saul Ewing, LLP and Gabriel L.I. Bevilacqua **[Doc. 9]** is **DENIED AS MOOT**.

It is **FURTHER ORDERED** that the Special Motion to Dismiss Plaintiff's Complaint as a SLAPP Pursuant to NRS 41.660(1)(A); Motion for Attorney's Fees Pursuant to NRS 41.670(1)(A); and Motion for Penalties Pursuant to NRS 41.670(1)(B), Doc. 10; and American Board of Internal Medicien's Motion to Dismiss **[Doc. 15]** is **DENIED AS MOOT**.

DATED: January 9, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE