UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH ALAN LASKO,  )<br>     )<br>         Plaintiff,  )<br>     )<br>vs.  )<br>     )<br>AMERICAN BOARD OF SURGERY,  )<br>INC., et al.,  )<br>     )<br>         Defendants.  )<br>_____ ) | Case No. 2:13-cv-01893-JAD-NJK<br><br>ORDER DENYING FOURTH<br>MOTION FOR DISCOVERY<br><br>(Docket No. 117) |

Pending before the Court is Plaintiff's Fourth Motion for Discovery. Docket No. 117. For the reasons described below, Plaintiff's motion is **DENIED**.

On June 9, 2014, the Court granted Defendant Mitchell S. Goldberg's motion to stay discovery. Docket No. 115. That same day, the Court also granted Defendants The American Board of Surgery, Incorporated, Joseph B. Cofer, David M. Mahvi, Frank R. Lewis, Jr., Jo Buyske, Mark A. Malangoni, Gabriel L.I. Bevilacqua, and Saul Ewing LLP's joint motion to stay discovery, as well as Defendant American Board of Internal Medicine's joinder to the joint motion to stay discovery. Docket No. 116. Therefore, as discovery in this case is currently stayed, the Court **DENIES** Plaintiff's Fourth Motion for Discovery. Docket No. 117.

IT IS SO ORDERED.

DATED: June 27, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge