**SUBT**
MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
TYSON J. DOBBS, ESQ.
Nevada Bar No. 11953
HALL PRANGLE & SCHOONVELD, LLC
1160 North Town Center Drive, Suite 200
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
mprangle@hpslaw.com
tdobbs@hpslaw.com
*Attorneys for Defendant*
*American Board of Medical Specialties*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REVEREND DOCTOR KEITH ALAN LASKO;<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN BOARD OF SURGERY, INC.; AMERICAN BOARD OF MEDICAL SPECIALTIES, INC.; AMERICAN BOARD OF INTERNAL MEDICINE, INC.; JOSEPH B. COFER; DAVID M. MAHVI; JO BUYSKE; MARK A. MALANGONI; GABRIEL L. BEVILACQUA; MITCHELL S. GOLDBERG; and SAUL EWING, LLP<br><br>Defendants. | CASE NO. 2:13-cv-01893-JAD-NJK<br><br>**SUBSTITUTION OF ATTORNEY** |

PLEASE TAKE NOTICE that AMERICAN BOARD OF MEDICAL SPECIALTIES hereby substitutes MICHAEL E. PRANGLE, ESQ. and TYSON J. DOBBS, ESQ. of HALL PRANGLE & SCHOONVELD, LLC, 1160 North Town Center Drive, Suite 200, Las Vegas,

NV 89144, (702) 889-6400, as attorneys of record in place and stead of TREVOR L. ATKIN, ESQ. of ATKIN WINNER & SHERROD.

DATED this 11th day of March, 2015.

_____
AMERICAN BOARD OF MEDICAL SPECIALTIES
Signed by: John D. Mandelbaum, Chief Legal Officer

I consent to the above substitution.

DATED this 20th day of March, 2015.

_____
Trevor L. Atkin, ESQ.

I am duly admitted to practice in this District.

Above substitution accepted.

DATED this 24th day of March, 2015.

_____
Tyson J. Dobbs, ESQ.

APPROVED:

DATED this 25th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

. . .

. . .

. . .